IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parker, Paula F

Printed: 9/3/08

Case Number: 06 B 14882
Judge: Wedoff, Eugene R
Filed: 11/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 24, 2008
Confirmed: February 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,313.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,240.69 |
| Trustee Fee: |  | 72.31 |
| Other Funds: |  | 0.00 |
| Totals: | 1,313.00 | 1,313.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,433.00 | 1,240.69 |
| 2. | Peoples Energy Corp | Unsecured | 154.88 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 137.58 | 0.00 |
| 4. | ER Solutions | Unsecured | 39.08 | 0.00 |
| 5. | Comcast Cablevision | Unsecured | 45.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 67.45 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 515.00 | 0.00 |
| 8. | United Auto Credit | Secured | | No Claim Filed |
| 9. | United Auto Credit | Unsecured | | No Claim Filed |
| 10. | Bank One | Unsecured | | No Claim Filed |
| 11. | R & R Country Motors | Unsecured | | No Claim Filed |
| 12. | H & F Law Offices | Unsecured | | No Claim Filed |
| 13. | America's Recovery Network | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| 16. | Professional Recovery System | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Unifund Corporation | Unsecured | | No Claim Filed |
| 19. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 20. | Professioanl Crdit Services | Unsecured | | No Claim Filed |
| 21. | Wexler & Wexler | Unsecured | | No Claim Filed |
| | | | $ 3,391.99 | $ 1,240.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Parker, Paula F

Printed: 9/3/08

Case Number: 06 B 14882
Judge: Wedoff, Eugene R
Filed: 11/13/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 63.99 |
| 6.5% | 8.32 |
| | _____ |
| | $ 72.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

